AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) |
| ANDREW WILLIAMS | ) |
| | ) |
| | ) |
| | ) |

Case: 1:21-MJ-00030
Assigned to: Judge Zia M. Faruqui
Assigned Date: 1/11/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____01/06/2021_____ in the county of _____ in the _____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752 | Unlawful Entry of a Restricted Building |
| 40 U.S.C. § 5104 | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

❑ Continued on the attached sheet.

*Complainant's signature*

William Novak, Special Agent- FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____01/11/2021_____

*Judge's signature*

City and state: _____Washington, D.C._____     ZIA M. FARUQUI, United States Magistrate Judge
*Printed name and title*