IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ANDREW JAMES WILLIAMS,** <br><br> **Defendant.** | No. 21-mj-30 <br><br> Violations: <br><br> **18 U.S.C. § 1752** <br> **40 U.S.C. § 5104** |

## INFORMATION

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **ANDREW JAMES WILLIAMS**, knowingly entered and remained in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **ANDREW JAMES WILLIAMS**, knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive conduct in, and within such proximity to, the United States Capitol, a restricted building, when, and so that, such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(2))

                                                MICHAEL SHERWIN
                                                ACTING UNITED STATES ATTORNEY

By: _____
                                                Peter C. Lallas
                                                Assistant United States Attorney
                                                New York Bar No. 4290623
                                                555 4th Street, N.W.
                                                Washington, D.C.  20530
                                                (202) 252-6879
                                                Peter.Lallas@usdoj.gov